FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS COMPLAINT
UNDER 42 U.S.C. § 1983 or 28 U.S.C. § 1331

COVER SHEET

**THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER.**

*****************************************************************

The cost for filing a civil rights complaint is $250.00.

If you do not have sufficient funds to pay the full filing fee of $250.00 you need permission to proceed *in forma pauperis*. However, the court will assess and, when funds exist, immediately collect an initial partial filing fee of 20 percent of the greater of:

   1)   the average monthly deposits to your prison account for the past six months; or

   2)   the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20% of the preceding month's deposits credited to your account until the entire filing fee is paid.

CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF THE OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE DEFENDANTS ARE SERVED.

*****************************************************************

   1. You shall file a complaint by completing and signing the attached complaint form and mailing it to the Clerk of Court along with the full filing fee of $250.00. (In the event attachments are needed to complete the allegations in the complaint, no more than three (3) pages of attachments will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to complete the rest of the forms in this packet. Check here if you are submitting the filing fee with the complaint form. ____

   2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C. § 1915 without paying the full filing fee at this time by completing the following: (1) Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. <u>You must properly complete, sign and submit all three standard forms or your complaint may be returned to you by the Clerk of Court</u>. Check here if you are filing your complaint under 28 U.S.C. § 1915 without full prepayment of fees. ____

Please Note: If your case is allowed to proceed and you are awarded compensatory damages against a correctional facility or an official or agent of a correctional facility, the damage award will first be used to satisfy any outstanding restitution orders pending. Before payment of any compensatory damages, reasonable attempts will be made to notify the victims of the crime for which you were convicted concerning payment of such damages. The restitution orders must be fully paid before any part of the award goes to you.

DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

6/149-053
(Inmate Number)

Cordero candido
(Name of Plaintiff)

Allenwood medium P.O.Box2500
(Address of Plaintiff)

White Deer, PA 17887-2500

vs.

Karen F. Hogsten

K. Clouser

J. Hepner
(Names of Defendants)

(Case Number)

COMPLAINT

FILED
SCRANTON

MAR 07 2006

PER ___?___
DEPUTY CLERK

TO BE FILED UNDER: ____ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ✓ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

   A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   _____
   _____
   _____
   _____

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?
      ✓ Yes ___ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
      ✓ Yes ___ No

      If your answer is no, explain why not _____
      _____

   C. Is the grievance process completed? ___ Yes ✓ No

III. **Defendants**

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant __Karen F. Hogsten__ is employed as __Warden__ at __Allenwood midium I.F.__

B. Additional defendants __K. Clouser as I.O. at Allenwood midium I.F. P.O. Box 2500 White Deer, PA 17887 J. Hepner as lieutenant at Allenwood medium I.F. P.O. Box 2500 White Deer, PA 17887__

IV. **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. I am in the IFRCI, my name is cordero candido and I'm having an issue with Ms. K. Clouser correctional office. She continuasly Harasses and aggravats me. She has denied me acces to my personal mail in a

2. timely manner. On 12-30-2005 time 5:10 pm. She told me if I wanted my personal mail I have to file a BP.9. and called me a piece of shit, so, I filed a BP.9. to her case Number: 400915-F1.

3. On 2-10-2006 time 2:20 pm. Lt. J. Hepner come to my cell and threatened me to signe a memorandum which saide "I request clousere on this case with no action take." I refused to signe that memorandum.

"See attached" [continued on page two]

2

Statement of Claim
Page two

because on 1-31-06 he promised to give me medi care if I signed a memorandum line that, I signed; Lt. J. Hegner never told my P.A. Roce to give me medi care. Now he wrote me a incident report with code 313 lying, because I didn't signed, and I had filed to him a BP.9. Case Number: 393241-F1 Dated 10-13-2005

I have constante back pain, I am a man of 39 years of age with a back injury, I have a great deal of pain wich interferes with my daily routine; my leg was operated on, they refused to give me medi care, they refus me a razor to shave, they don't give me recreation when they know I am in the [SHU] 24 hours locked in a cell, every weeks I put a cup out for a hair cut, they never call me to the barbershop, and never let me use law library.

They don't allow me sleep, I am in A-201 next to medical room, they make intentional noise and their offices come to my cell 24 of 7 to make intentional noise, so, I cannot file any complaint, because Naren F. Hogsten warden, utilize prison regulation in a manner wich impeds me to file a complaint, by ordering institutional of disciplinary proceeding against me, brought into play a form of censorship taculate to restrain me from any further attempts to file a complaint. She sends her staff to write me a incident report with code 313 lying, for each complaint as Lt. J. Lyons wrote me one and Lt. J. Hegner other.

[ Continued on page three ]

Statement of Claim

page three

On 2-28-2006 time 10:00 AM I asked her why she refuses to tell her Sargent to give me meals, cover, recreation, hair cut, razor, law library, and treat me as a human being. She told me she didn't know what I was talking about.

I am very sick right now from my back and stomach. I have 6 months more yet in due [F.S.U.?] and I note that the primary concern of the Warden T. Hogsten, Warden Lt. Wagner and correctional officer Ms. K. Clouser are to prescribe torture E.S.H and other harbart ads? method of [punishment?] when they don't allow me to sleep and come intentional to my cell door and knock...

I am suffering depression and panic as other serious mental and physique illness, because they don't let me go outside to take one hour of recreation to have sun, pure air and to make my exercise to the body and mental Health.

I have as witnesses inmates R.A. 61721-077
Juan Vargas # 55095-144
Mario Ruiz Chitinos - Torres # [illegible]

Date: _____

/ Cordero Candido #_____