Exhibit
"N"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Cordero Candido
Name of Plaintiff

V.

Karen F. Hogsten
R. Clauser
LT. J. Hepner
Defendants.

DECLARATION

Cordero Candido

Civil Action No. 3: 06-0490

**FILED**
**SCRANTON**

JUN 23 2006

PER _____
DEPUTY CLERK

Cordero Candido hereby declares on 6-21-2006 RANDALL MARTY #26602-013 my witnesse gave me a declaration the fact that staff have and still are refusing my medical rights and my excerse rights. I have put in numerous sick call slips and the staff have refusing my medical rights and my excerse rights. As is clearly shown in Exhibit "M"

I declare under penalty of perjury that the foregoing is true and correct. Executed at Allenwood P.O. Box 3000 White Deer, PA 17887 on 6-21-2006 Time 10:30 AM.


Signature

EXHIBIT
6m7

I Randall Marty 26602-013 have witnessed the fact that Staff have and still are refusing Mr Cordero his Medical rights and his Exercise Rights he has put in numerous sick call slips and always stands for counts and makes sure his cell is clean.

The above is true

*Randall Marty* 26602-013
RANDALL MARTY 6/21/06

Exhibit
6N9

# SICK CALL SIGN-UP SHEET
## FCC ALLENWOOD HEALTH SERVICE UNIT
(Formulario y Registo para Atencion Medica de Confinados)

Exhibit
6N9
SHU

**INSTRUCTIONS**
*You must fill out this form completely, numbers 1-4*
*(Debe de llanar este formulario completamente, numeros 1-4)*

DATE: 6-13-2006

You must hand deliver this form during sick call sign up.

1. Name: Cordero Candido
   (Nombre)

2. Reg. Number: 61149-053
   (Numero de Registro)

3. Housing Unit: A106
   (Unidad)

   Work Detail: Not
   (Trabajo Especifico)

4. Complaint, what is your problem? (Queja, cual es su problema)
   I Have Chronic pain in my
   back, and leg operation.
   For ten months I have to
   put sick for that!

**TO BE COMPLETED BY HEALTH CARE STAFF ONLY**

DATE: 6/17/06

OBJECTIVE (if applicable):

Pulse _____ B/P _____ Temp _____

Other findings _____

DISPOSITION:
____ Sick Call Appointment Provided _____
                                    Date/Time
_✓_ Sick Call Appointment Will Be Scheduled
    By Your PCP (Watch the call-out)

____ Idle Given for One Day Only

Clinician Signature: _____

White Copy: File
Yellow Copy: Inmate

Cordero Candido
#61144-053
P.O. Box 2006
White Deer, PA 17887

"legal mail"



HARRISBURG PA 171
20 JUN 2006 PM 4 L

TO: UNITED STATES DISTRICT COURT
235 NORTH WASHINGTON AVE.
P.O. Box 1148
SCRANTON, PA 18501-1148

RECEIVED
SCRANTON
JUN 23 2006
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

FEDERAL CORRECTIONAL
INSTITUTION ALLENWOOD