IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Cordero Candido
Name of plaintiff

v.

Karen F. Hogsten
K. Clauser
LT. J. Hepner
Defendants

NO. 3:CV-06-0490

[ MUNLEY, J. ]
[ MANNION, M.J. ]

MEMORAMDUM

FILED
SCRANTON
AUG [illegible] 2006
PER _____
DEPUTY CLERK

Warden Karen F. Hogsten violated the Eighth Amendment, First Amendment and Fourteenth Amendment... by refused give me medical care law library, Exercise recreation, razor, and barbershop... She is legally responsible for the operation of Allenwood correctional Facility and for the walfare of all the inmates of that prison...

I filed suid claiming that prison guards Ms. Clauser, LT. J. Hepner insteceta my legal mail, refuses gave me medical care and they gave me false incidents reports solely for the purpose of Harassment.

"Intentional Harassment of even the most Hardened criminals cannot be tolerated by a civilized society" 468 U.S. at 528. Prison offials acts with deliberate indifference when they ignore an obvious and serious danger. Farmer v. Brennan, 511 U.S. 825, 835 [1994] Deliberate indifference Wilson v. Selter, 501 U.S. 294 [1991]

See attached

Prisons must provide prisoners with opportunities for exercise outside of their cells. Keenan v. Hall, 83 F. 3d 1083, 1089 [9th Cir. 1996] Delaney v. Detella, 256 F. 3d 679 [7th Cir. 2001].

Prisoners are entitled to sanitary toilet facilities, Despain v. Uphoff 264 F. 3d 965 [10th Cir. 2001]. Proper trash procedures, and basic supplies, such as toothbrushes, toothpaste, soap, sanitary napkins, razors, and cleaning products.

Defendants filed a motion for summary judgment on 8-21-2006 as I wrote in my complaint, I am in the segregation housing unit and Ms. K. Clauser Senior Officer continuasly harasses and aggravats me. She has denied me access to my personal mail in a timely manner as is clearly shown in Exhibits 'R', 'P', 'Q', and 'Z'. Exhibit 'Z' is a letter from United States Commission on Civil Rights this letter M. K. Clauser refused gave me she violated my constitutional rights. 'Z' is a United States postal service letter of my complaint to this postal service.

On 2-10-2006 time 2:20 PM. Lt. J. Hepner come to my cell and threatened me to sign a memorandum, because he wanted backed Ms. K. Clauser, so, I refused because on 1-31-06 he promised to give me medical care if I signed a memoramdum like that, and Mr. LT. J. Hepner never told my PA. Roce to give me medical care. As is clearly shown in Exhibits... 'R', 'P.' Q, and my witnesses declarations Mario Chirinos #19334359's Exhibit 'E', Villanueva-Dia Envigue #62983-079 as Exhibit 'A'; Ramirez Egular #45542-179 as Exhibit 'b' and Castro #21525-179 as Exhibit 'C' and Exhibit '10'. Lt. J. Hepner violated my constitutional rights...

See attached

I sent many letters to Karen F. Hogsten [Warden] on 1-17-2006, 1-26-2006, 12-31-2005 and 5-4-2006 explaining my problems and her did not respond. I sent my complaint to United States Commission on Civil Rights and I sent many letters to U.S. Department of Justice Civil Rights Division as is clearly shown in Exhibits #: '1)' '2)' '3)' '4)' '5)' '6)' '7)' and '8)' Warden Hogsten violated my constitutional Rights...

In my Exhibit '9)' I declared that Warden Hogsten didn't gave me medical care yet as is clearly shown in Exhibit 'F)' my witnesses Randall L. Marty #26602-013 's Exhibit 'J)'. Warden Hogsten continue violate my constitutional Rights with Retaliation.

My witnesses Angel Hernandez #24556-05 's Exhibit 'H)' Randall L. Marty #26602-013 's Exhibit 'I)' and Miguel Murillo #98281-198 's Exhibit 'K)' as is clearly shown in their Exhibits that the Administration staff open and read my legal mail violated my constitutional Rights.

My declaration Exhibit 'V)' I declares Exhibit 'U)' is part of my leg operation medical record, where I show that my medical needs are serious. I have in my leg operation "chronic" pain and deliberate indifference to serious medical needs constitutes the unnecessary and wanton infliction of pain prescribed by the Eighth Amendment. This is a violation of my constitutional Rights... They violated my constitutional Rights with Retaliation that are illegal... as is clearly shown in Exhibit 'T)' sick call sign-sheets where health care staff take 16 days to see me.

See attached

Law library director M. Zilinky refuses to gave me access to law library as is clearly shown in Exhibit "5" and Exhibit "X" are two cop outs to barbershop where Ms. Dodson senior officer #1 refuses to gave me hair cut; in one year the Administration gave me two hair cut in segregation housing unit.

Exhibit "W" Ditty property officer refused gave me my legal paper for one year the Administration refused gave me my legal paper from my personal property in segregation housing unit violate my constitutional rights...

My unit team refuses gave me any request that I ask and in special my counselor Ms. Rancr I cannot file any complaint, because her never respond my administrative remedy and never come to see me in [SHU] as is clearly in shown in Exhibit "Y".

Exhibit "9" is inmate request to staff for medical appointment that administration had to use before, so, the inmates cannot get copy before when they filed for medical appointment, this is the raison why I don't have more copies of my requests from sick calls appointment.

Exhibit "11" and "12" are my complaints of a campaign of harassment by Lt. Sheperd and I.O. Toffi and Ms. K. Doane. Lt. Sheperd is same Lt. that I spoke in my Exhibit "5" of my complaint to U.S. Department of Justice Civil Rights Division and I.O. Toffi is a defendant of my Civil Action No. 3:06-1112 because on 4-9-2006 time 10:25 AM.

See attached

He come to my cell with LT. MARR, C.O.R. GARRISON, PARKER, and Ms. BETZER and they beat me up... violated my constitutional rights.

On 3-2-2005 I filed a BP-8 as exhaustion administrative remedies as required by the PLRA about medical care with my back pain as is clearly shown in Exhibit 60.

My witnesses Chavez R. #67221-079 and Juan Vargas #38035-179 they stay here in segregation housing unit, but I have difficult to get declaration from them, so, I would line more time until that I have a chance to get the declarations that I needs under Rule 56[F] see Harris V. Pate, 440 F. 2d 315, 318 [7th Cir. 1971.] I would line too an order to prison officials to let me interview my witnesses Chavez and Vargas and I need testify on my onw behalf Hudson V. Hardy, 412 F. 2d 1091, 1095 [D.C. Cir. 1968]

Respectfully Submitted

