# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**CORDERO CANDIDO,** : No. 3:06cv490
     **Plaintiff,** :
    : (Judge Munley)
    v. : (Magistrate Judge Mannion)
**KAREN F. HOGSTEN,** :
**K. CLOUSER,** :
**LT. J. HEPNER,** :
     **Defendants** :
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 13th day of February 2007, we have before us for disposition Magistrate Judge Malachy E. Mannion's report and recommendation (Doc. 71), which proposes we grant summary judgment to the defendants in this case. No objections to the report and recommendation have been filed, and the time for such filing has passed.[1] Therefore,

1) The magistrate judge's report and recommendation (Doc. 71) is hereby **ADOPTED**;

2) The defendants' motion for summary judgment (Doc. 44) is hereby

---

[1] On February 2, 2007, plaintiff filed a document entitled "Notice of Appeal" with this court (See Doc. 73). The document purports to be an appeal of an order dated February 1, 2007. The docket report for this case does not contain an order issued on that date. The document is a simply a form notice, and contains no information or argument that explains plaintiff's objections to the order from which plaintiff appeals. We therefore cannot read this *pro se* filing as an objection to the January 23, 2007 report and recommendation which we must address.

**GRANTED**; and

3) The Clerk of Court is directed to enter judgment in the defendants' favor and close this case.

            **BY THE COURT:**

            **s/ James M. Munley**
            **JUDGE JAMES M. MUNLEY**
            **United States District Court**